NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
29480
03-JAN-2014
07:51 AM

NO. 29480

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


LAWRENCE P. PECK, ROBBYN L. PECK and
PECK, INC., a Hawaiʻi Corporation, Plaintiffs-Appellees,
v. LYNN LINDER NAKKIM, CONTINENTAL PACIFIC, LLC, a
Delaware Limited Liability Company, Defendants-Appellants


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 04-1-374)


ORDER DENYING THE DECEMBER 30, 2013
MOTION TO RECONSIDER THE
MEMORANDUM OPINION FILED ON DECEMBER 20, 2013
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the "Motion to Reconsider", filed on December 30, 2013, by Plaintiffs-Appellees, through counsel Douglas L. Halsted, Esq., the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, January 3, 2014.

Presiding Judge

Associate Judge

Associate Judge